IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGELICA M. GONZÁLEZ BERRIOS,<br><br>**Plaintiff,**<br><br>v.<br><br>MENNONITE GENERAL HOSPITAL, INC., et al.,<br><br>**Defendants** | **CIVIL NO.** 18-1146 (RAM) |

**ORDER TO SHOW CAUSE**

On March 11, 2020, this Court dismissed <u>with prejudice</u> Plaintiff Angélica M. González-Berrios claims against Mennonite General Hospital, Inc. *See* Docket No. 186. That dismissal included Plaintiff González-Berrios' claims under EMTALA, 42 U.S.C. § 1395dd. The EMTALA claims were the claims over which the Court had original jurisdiction pursuant to 28 U.S.C. § 1332. *See* Docket No. 4 at paragraph 12.

Because Federal Courts are courts of limited jurisdiction, this Court has "a responsibility to police the border of federal jurisdiction." <u>Spielman v. Genzyme Corp.</u>, 251 F.3d. 1, 4 (1st Cir. 2001). Accordingly, Plaintiff is granted a term of 14-days from

today to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

If Plaintiff's contention is that the Court has supplemental jurisdiction over the remaining claims including the Third-Party Complaint against Triple-S Propiedad, Inc. pursuant to 28 U.S.C.§ 1367(a), then Plaintiff shall show cause why the Court should not decline to exercise such jurisdiction under 28 U.S.C.§ 1367(c).

Defendant Triple-S Propiedad, Inc. shall respond to Plaintiff's motion showing cause within 14-days of service.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of March 2020.

s/ RAÚL M. ARIAS-MARXUACH
United States District Judge